**Donna Jean Zug, Plaintiff-Appellant, v. John Roy Zug, Defendant-Appellee.**

**Gen. No. 66–67.** 

Third District.

March 31, 1967.

Stewart R. Winstein, of Rock Island, for appellant; no appearance made for appellee. Opinion by PRESIDING JUSTICE STOUDER. **Not to be published in full.**